# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:11cr36-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JOSE HERNANDEZ SILVA. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Bill of Indictment as to Defendant Silva [Doc. 121].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 121] is **GRANTED**, and the Bill of Indictment is hereby **DISMISSED** with respect to the Defendant Jose Hernandez Silva.

**IT IS SO ORDERED**.

Signed: October 18, 2011

Martin Reidinger
United States District Judge